# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0192.  RANDALL YOUNG v. SCOTT WILKES.**

In 2014, Randall Young pleaded guilty to burglary and other offenses. He thereafter filed a petition for writ of habeas corpus. After the trial court denied his petition, Young filed an application for discretionary review in this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  11/28/2017*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*